Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jordan Mason                              Docket No. 1:17-MJ-260

### Petition on Probation

COMES NOW STANLEY E. LEIGH, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jordan Mason, who was placed on supervision by the Honorable Theresa C. Buchanan, United States Magistrate Judge, sitting in the Court at Alexandria, Virginia, on the 28th day of August, 2017, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**RETURNABLE DATE:** 11-21-17 @ 10:00 am

**ORDER OF COURT**

Considered and ordered this 1st day of Nov., 2017 and ordered filed and made a part of the records in the above case.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa C. Buchanan
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

S E Leigh
Digitally signed by Stanley E. Leigh
Date: 2017.10.31 08:27:59 -04'00'

Stanley E. Leigh
United States Probation Officer
703-299-2359

Place: Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: Mason , Jordan

OFFENSE: Driving Under the Influence, in violation of 18 U.S.C. 13, Assimilated Virginia Code § 18.2-266(i).

SENTENCE: On August 28, 2017, Mr. Mason was placed on a 1-year term of supervised probation with the following special conditions: 1) The defendant shall enter and successfully complete an alcohol treatment and/or education program at the direction of the probation officer; 2) Commencing August 28, 2017, and continuing for ONE (1) YEAR, the defendant may operate a motor vehicle ONLY, (a) to and from work, (b) during the course of work, if required as incident of employment, (c) to and from this court, the probation office, and the alcohol treatment program; and 3) The defendant shall pay a $250.00 fine and a $25.00 special assessment, to be paid within ninety (90) days.

ADJUSTMENT TO SUPERVISION: Mr. Mason resides with his mother and sister in Stafford, Virginia, and he does various jobs for the family's child daycare business. Initially, Mr. Mason was reluctant to provide details regarding the family business; however, he eventually reported his mother is the owner. The defendant has been reminded the special assessment and fine are due before November 20, 2017. The defendant completed the probation sanction group on October 18, 2017, as he was required to attend for missing at least two scheduled home visits. A recent records check did not reveal any warrants, and his license is revoked.

VIOLATIONS: The following violations are submitted for the Court's consideration.

| | |
|---|---|
| **MANDATORY CONDITION:** | **COMMISSION OF A CRIME.** |
| **CONDITION 1:** | **LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION.** |
| **CONDITION 11:** | **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER.** |
| **SPECIAL CONDITION:** | **FAILURE TO ABIDE BY COURT-ORDERED DRIVING RESTRICTIONS.** |

On September 6, 2017, Mr. Mason was arrested in Hardy County, West Virginia, for Driving on a Revoked License and Speeding 76/50 MPH Zone. This matter is scheduled for a preliminary hearing on November 27, 2017, in the Hardy County Magistrate Court.

According to the Criminal Complaint, on September, 6, 2017, at approximately 0738 hours, a deputy observed a black Mercedes coupe traveling east bound on U.S. Route 48. Stationary radar monitored the vehicle traveling 76 MPH in a 50 MPH zone. Mr. Mason was identified as the driver of the vehicle, and he reported he could not find his driver's license. He further indicated he was in a hurry to get to work after taking his sister to college. Mr. Mason presented a Fairfax County peddlers/solicitors identification card with his photo and other identifiers. The deputy confronted the defendant regarding his revoked driver's license in Virginia due to the instant offense. The defendant advised he did not know his driver's license was revoked.

Also, Mr. Mason left the Eastern District of Virginia on September 6, 2017, without the permission of the probation officer.

Petition on Probation
Page 3
RE: Mason , Jordan

As of this writing, the defendant has not reported the aforementioned contact with law enforcement.

**CONDITION 3:** **FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.**

On October 12, 2017, an inquiry with the Virginia Department of Motor Vehicles revealed Mr. Mason's driving privileges are revoked. On the same date, this officer sent an email advising Mr. Mason to avoid driving until his license was restored. On October 13, 2017, and October 18, 2017, the defendant was again reminded to avoid driving until his license was restored. During a home visit on October 20, 2017, this officer observed the defendant driving a black Chrysler sedan.

**SPECIAL CONDITION:** **FAILURE TO ENROLL IN ALCOHOL TREATMENT.**

**CONDITION 3:** **FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.**

Mr. Mason failed to follow the probation officer's instructions by not enrolling in alcohol treatment with the Rappahannock Area Alcohol Safety Action Program (RAASAP) by September 30, 2017. On October 17, 2017, the program closed interest in his case. He failed to respond to a letter sent by RAASAP on September 27, 2017, advising him to contact the program by October 9, 2017.

SEL/smk